THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY FLEMING, JR., individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　　　　Defendant. | NO. 3:22-CV-05195-BJR |

## **ORDER**

Based on the Joint Stipulated Motion to Extend Certain Initial FRCP 26(f) Deadlines and the Deadline for Defendant's Response to the Complaint in this matter, IT IS HEREBY ORDERED that the deadlines pursuant to FRCP 26(f) are extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 06/22/2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | 07/07/2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 07/14/2022 |

ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND CERTAIN INITIAL FRCP 26(f) DEADLINES AND THE DEADLINE FOR DEFENDANT'S RESPONSE TO COMPLAINT - 1
(Case No. 3:22-CV-05195-BJR)

1070.245/Fleming StipMotExtend

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

In addition, the deadline for State Farm's response to Plaintiff's Complaint is extended for 30 days, through and including July 13, 2022.

DATED this 31st day of May, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By *Scott C. Wakefield*
   Scott C. Wakefield          WSBA #11222
   Attorneys for Defendant State Farm Fire & Casualty Company

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By  /s/ Erik D. Peterson  (with consent)
   Erik D. Peterson          (KY Bar #93003)
   Attorney for Plaintiff Harry Fleming, Jr.

ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND CERTAIN INITIAL FRCP 26(f) DEADLINES AND THE DEADLINE FOR DEFENDANT'S RESPONSE TO COMPLAINT - 2
(Case No. 3:22-CV-05195-BJR)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-5489  FAX (206) 629-2120

1070.245/Fleming StipMotExtend