THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY FLEMING, JR., individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>          Defendant. | NO. 3:22-CV-05195-BJR<br><br>ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

### ORDER OF DISMISSAL

Based on the Joint Stipulated Motion for Dismissal with Prejudice, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). The parties shall each bear their own attorney fees and costs.

//

//

//

//

DATED this 24th day of February, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

ERIK PETERSON LAW OFFICES, PSC

By */s/ Erik Peterson*
   Erik D. Peterson (KY Bar #93003)*
   Attorney for Plaintiff

SNODGRASS LAW, LLC

   T. Joseph Snodgrass (MN Bar #213071)*
   Attorney for Plaintiff

ROBERT D. BOHM, PLLC

   Robert D. Bohm
   Attorney for Plaintiff

MCWHERTER SCOTT BOBBITT, PLC

   J. Brandon McWherter (TN Bar #21600)*
   Attorney for Plaintiff

Copy Received, Approved as to Form;
Notice of Presentation Waived:

WAKEFIELD & KIRKPATRICK, PLLC


By *s/Scott C. Wakefield (with consent)*
   Scott C. Wakefield        WSBA #11222
   Attorneys for Defendant State Farm Fire and Casualty Company

RILEY SAFTER HOLMES & CANCILA, LLP

   Joseph A. Cancila, Jr. #6193252
   Jacob L. Kahn  #6296867
   Ambria D. Mahomes #6334463
   Attorneys for Defendant State Farm Fire and Casualty Company

GIBSON AND DUNN

   Bradley J. Hamburger #266916
   Kristin A. Linsley #154148
   Matt Aidan Getz #335038
   Lauren M. Blas  #296823
   Attorneys for Defendant State Farm Fire and Casualty Company